IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 10-cv-00132-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: September 8, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | Brian John Spano<br>Joshua Fredrick Bugos |
| Plaintiff/Counter Defendant, | |
| v. | |
| AMWARE LOGISTICS SERVICES, INC., | Dirk W. de Roos<br>Sarah Leah Geiger |
| Defendant/Counter Claimant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:** 9:03 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Unopposed Motion to Modify Scheduling Order, doc #[32], filed 8/23/2010.

**ORDERED:** The Unopposed Motion to Modify Scheduling Order, doc #[32], is **GRANTED**.
The Scheduling Order deadlines are modified as follows:
- Affirmative experts shall be designated by **OCTOBER 15, 2010**
- Rebuttal experts shall be designated by **NOVEMBER 15, 2010**
- Discovery deadline is **DECEMBER 15, 2010**
- Dispositive Motion deadline is **JANUARY 15, 2011**
- **FINAL PRETRIAL CONFERENCE** is set for **MARCH 17, 2011 at 10:00 a.m.**
- A Proposed Final Pretrial Order is due 5 days prior

HEARING CONCLUDED.

**Court in recess:** 9:21 a.m.
Total time in court: 00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.